IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMIAN HENRY | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 08-1348 |
| | : | |
| TODD BUSKIRK, et al | : | |
|     Defendants | : | |

## O R D E R

**AND NOW**, this 21st day of February, 2011, upon consideration of the motions to dismiss filed by defendants PrimeCare Medical and Dr. Victoria Gessner, and the plaintiff's response thereto, it is hereby **ORDERED** that, as set forth in the accompanying memorandum:

1. The motion to dismiss filed by defendant PrimeCare Medical (Doc. No. 19) is **GRANTED.** The action against PrimeCare Medical is dismissed with prejudice.

2. The motion to dismiss filed by defendant Dr. Victoria Gessner (Doc. No. 25) is **GRANTED** as to the ADA claims asserted against Dr. Gessner and **DENIED** as to the Section 1983 claims asserted against Dr. Gessner. The ADA claim against Dr. Gessner is dismissed with prejudice.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.