**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAMIEN HENRY,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 08-1348** |
| | : | |
| **TODD BUSKIRK, et al.,** | : | |
| **Defendants** | : | |

## <u>O R D E R</u>

**AND NOW,** this 26th day of September, 2011, upon careful consideration of the defendants' motion for summary judgment (Document No. 45) and the plaintiff's response thereto (Document No. 46), IT IS HEREBY ORDERED that:

1.      The motion is **GRANTED.**

2.      The Clerk of Court is directed to mark this case **CLOSED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.